La Vergne Hassman, by Charles H. Hassman, appellee, v. Yellow Cab Company, appellant. Gen. No. 30,226.

Action for injuries to occupant of automobile in collision with taxicab. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed December 8, 1925.

Moloney & Postelnek, John E. Kehoe and Busby, Weber, Miller & Donovan, for appellant; Benjamin Samuels, of counsel. Morse Ives, H. H. Patterson and C. C. Bodenstab, for appellee; H. H. Patterson, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

Ernestine Schumann-Heink, appellant, v. Andrew P. Mackie et al., appellees. Gen. No. 29,616.

Bill against trustees of Massachusetts trust as trustees and individually. Decree for complainant payable out of trust property only. Appeal by complainant from the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed. Opinion filed December 8, 1925. Rehearing denied December 21, 1925.

Stein, Mayer & David, for appellant; Sigmund W. David and Oscar Fainman, of counsel. James G. Skinner, for appellee Richard S. Folsom.

Mr. Justice Gridley delivered the opinion of the court.

---

International Folding Paper Box Company, defendant in error, v. Columbia Envelope Company, plaintiff in error. Gen. No. 29,998.

Assumpsit. Judgment for plaintiff. On motion to strike bill of exceptions. Error to the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed after striking bill of exceptions. Opinion filed December 8, 1925.

Lorenz & Sayers, for plaintiff in error. Culver, Andrews & King, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

---

Ely Krauss, defendant in error, v. American House Wrecking Company, plaintiff in error. Gen. No. 30,014.

Judgment for plaintiff by default. Writ of error on refusal to vacate default and judgment. Error to the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Reversed and remanded with directions. Opinion filed December 8, 1925. Rehearing denied December 21, 1925. Certiorari denied by Supreme Court (making opinion final).

McCormick, Kirkland, Patterson & Fleming and Pennish & Rashbaum, for plaintiff in error; F. D. Shobe, of counsel. Benjamin B. Morris, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.